JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINWOOD RICHARDSON, an individual, and TONIA RICHARDSON, <br><br>Plaintiffs, <br><br> v. <br><br> STRYKER CORPORATION, STRYKER SALES CORPORATION, and DOES 1 through 10, <br><br> Defendants. | Case No.  8:11-cv-00927 (R)(SS) <br><br> The Honorable Manuel Real <br><br> **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO STRYKER CORPORATION AND STRYKER SALES CORPORATION** |

**IT IS HEREBY ORDERED** that the above-captioned action by Plaintiffs Linwood Richardson and Tonia Richardson is hereby dismissed against Stryker Corporation and Stryker Sales Corporation with prejudice.  Each party will bear its own costs of this action.

DATED:  September 16, 2011            UNITED STATES DISTRICT COURT


By: _____
The Honorable Manuel L. Real

1

LA/1113217v1